**IT IS SO ORDERED.**

*Kay Woods*

Dated: September 21, 2009
04:15:24 PM

**Honorable Kay Woods**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

RE:  John A. Gray                              Bankruptcy Case No.  08-41894

### ORDER DISMISSING CHAPTER 13 CASE

☐  The debtor(s) has filed a request in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706, 1112 or 1208.

■  A party in interest other than the debtor(s) has filed a motion in accordance with 11 U.S.C. § 1307(c) seeking to dismiss the case. The court finds, after notice and a hearing, that the motion should be granted.

**IT IS ORDERED THAT:**

THIS CHAPTER 13 CASE IS HEREBY DISMISSED.

# # #